# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIDMYLA IEGOROVA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, Washington, D.C., <br><br> Defendant. | No. 2:18-cv-1581-JAM-EFB PS <br><br><br> ORDER |

On May 17, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 17, 2019, are ADOPTED; and
2. This action is dismissed and the Clerk is directed to close this case. See Fed. R. Civ. P. 41(b); Local Rule 110.

Dated: July 10, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge